UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,<br><br>Plaintiff,<br><br>v.<br><br>NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,<br><br>Defendants. | 04 120<br><br>CIVIL ACTION NO._____<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441, 1446, 1332.<br><br>MAGISTRATE JUDGE _____ |

RECEIPT # 58752
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY CLK ____
DATE ____

## NOTICE OF REMOVAL

Defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. (collectively, the "defendants"), hereby respectfully give notice of their removal of this action from the Superior Court Department of the Trial Court for Norfolk County, Massachusetts (the "State Court"), Civil Action No. NOCV2004-01339-A, to this Court on the following grounds:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441, 1446 and 1332.

2. On August 24, 2004, plaintiffs Dennis Michael Hanrahan and Janice Hanrahan purported to serve on Defendants a Summons and Complaint ("Complaint") in this action. The Complaint is entitled *Dennis Michael Hanrahan and Janice Hanrahan v. NCMIC Insurance Company and NCMIC Insurance Services, Inc.*, Commonwealth of Massachusetts, Superior Court Department of the Trial Court. A copy of the Complaint, with the summons, is attached to this Notice as Exhibit A.

3. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446 (b) within thirty days of first receipt by a defendant, through service or otherwise, of a copy of the

initial pleading setting forth the claims for relief upon which the state court proceeding is based, and within one year after commencement of the State Court action, and all defendants consent and hereby remove.

4. Pursuant to 28 U.S.C. § 1441 (a), the United States District Court for the District of Massachusetts, Eastern Division, is the federal district court for the district and division embracing the place where the State Court suit is pending.

5. According to the allegations of the Complaint, plaintiffs Dennis Michael Hanrahan and Janice Hanrahan are citizens and residents of Canton, Massachusetts.

6. Defendant NCMIC Insurance Company is an Iowa corporation, with its principal place of business at 14001 University Avenue, Clive, Iowa 50325-8258.

7. Defendant NCMIC Insurance Service, Inc. is an Iowa Corporation, with its principal place of business at 14001 University Avenue, Clive, Iowa 50325-8258.

8. Complete diversity exists between all plaintiffs and all defendants in this action.

9. This action arises from a separate pending professional malpractice suit by the plaintiffs in this action against Kerry Goyette, D.C., Christine P. Huber, D.C. and Community Chiropractic, P.C. (collectively, "the insureds"). In this action, plaintiffs allege that defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. are the professional liability insurers for the insureds and that the defendants have violated M.G.L. c. 93A and c. 176D by failing to make a reasonable offer of settlement of their claims against the insureds in the underlying action. Defendants deny these allegations.

10. While the Complaint does not specifically identify the amount of damages alleged, plaintiffs' purported M.G.L. c. 93A demand letter to NCMIC Insurance Company dated October 28, 2003, demanded $6,000,000.00 in settlement. That demand letter is referenced in paragraph 12 of the Complaint and a copy of the letter is attached to this Notice as Exhibit B.

Further, the Civil Action Cover Sheet filed by plaintiffs together with their Complaint, a copy of which is attached to this Notice as Exhibit C, asserts that plaintiffs are seeking $500,000.00 in this action.

11. This Court has original diversity jurisdiction over this action as provided in 28 U.S.C. § 1332 because the citizenship of the parties is diverse and plaintiffs seek in excess of $75,000 in damages, exclusive of interest and costs. Defendants are thus entitled to remove this action to this Court in accordance with 28 U.S.C. § 1441(a).

12. Pursuant to 28 U.S.C. § 1446 (d), defendants will further serve written notice to opposing counsel of the filing of this Notice of Removal together with a copy of this Notice of Removal, and a copy of the Notice of Removal is being filed with the Superior Court of the Commonwealth of Massachusetts, Department of the Trial Court for Norfolk County.

13. Pursuant to Local Rule 81.1, certified or attested copies of all records, proceedings and docket entries in the State Court will be filed in this Court within thirty (30) days.

WHEREFORE, defendants respectfully request that this Court assume jurisdiction over the above-captioned action now pending in the Superior Court of the Commonwealth of Massachusetts, Department of the Trial Court for Norfolk County.

> Respectfully submitted,
>
> NCMIC INSURANCE COMPANY AND
> NCMIC INSURANCE SERVICES, INC.
>
> By their attorneys,
>
> _____
> Tamara S. Wolfson (BBO #544347)
> Anne Robbins (BBO #561968)
> PALMER & DODGE LLP
> 111 Huntington Avenue at Prudential Center
> Boston, MA 02199-7613
> (617) 239-0100
> (617) 227-4420 (facsimile)

Dated: September 16, 2004

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on September 16, 2004.

_____