| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Norfolk |
|---|---|---|
| PLAINTIFF(S) Dennis Michael Hanrahan and Janice Hanrahan | | DEFENDANT(S) NCMIC Insurance Company and NCMIC Insurance Services, Inc. |
| ATTORNEY FIRM NAME, ADDRESS AND TELEPHONE William J. Ruotolo, 401/739-7404 1031 Warwick Avenue, Warwick, RI 02889 | | ATTORNEY (if known) |
| Board of Bar Overseers number: 628288 | | |

Origin code and track designation

Place an x in one box only:
- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- ☐ 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A12 | Contract - Insurance | ( F ) | ( X ) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .................................. $.............
2. Total Doctor expenses .................................. $.............
3. Total chiropractic expenses .............................. $.............
4. Total physical therapy expenses ........................... $.............
5. Total other expenses (describe) ........................... $.............
   Subtotal $.............
B. Documented lost wages and compensation to date ............. $.............
C. Documented property damages to date ....................... $.............
D. Reasonably anticipated future medical and hospital expenses ... $.............
E. Reasonably anticipated lost wages ......................... $.............
F. Other documented items of damages (describe)
   $.............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$.............
TOTAL $.............

CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): The Plaintiffs made claims of medical malpractice against the Insured Chiropractors covered by policies of insurance with the Defendants. Notwithstanding clear liability and damages, the Defendants have, in violation of G.L.c. 93A and G.L. c. 176D, have breached their obligation under the statute and caused injuries to the Plaintiffs
TOTAL $ 500,000.00

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 08.16.2004