UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,<br><br>Plaintiff,<br><br>v.<br><br>NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO._____<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441, 1446, 1332. |

04 12012 DPW

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. state that NCMIC Insurance Services, Inc. is wholly owned by NCMIC Insurance Company. In turn, NCMIC Insurance Company is wholly-owned by National Holdings, Inc. which is wholly-owned by NCMIC Group, Inc. which is wholly-owned by National Chiropractic Mutual Holding Company, an Iowa mutual holding company.

NCMIC INSURANCE COMPANY AND
NCMIC INSURANCE SERVICES, INC.

By their attorneys,

_____
Tamara S. Wolfson (BBO #544347)
Anne Robbins (BBO #561968)
PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (facsimile)

Dated: September 16, 2004

2

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on September 16, 2004.

_____