Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

## NOCV2004-01339
### Hanrahan et al v Ncmic Insurance Company et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 08/17/2004 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 09/23/2004 | **Session** | A - Civil A | |
| **Origin** | 1 | **Case Type** | A99 - Misc contract | |
| **Lead Case** | | **Track** | F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 11/15/2004 | **Answer** | 01/14/2005 | **Rule12/19/20** | 01/14/2005 |
| **Rule 15** | 01/14/2005 | **Discovery** | 06/13/2005 | **Rule 56** | 07/13/2005 |
| **Final PTC** | 08/12/2005 | **Disposition** | 10/11/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Dennis Michael Hanrahan
Active 08/17/2004

**Private Counsel 628288**
William J Ruotolo
2131 Warwick Ave
Warwick, RI 02889
Phone: 401-739-7404
Fax: 401-736-0990
Active 08/17/2004 Notify

**Plaintiff**
Janice Hanrahan
Active 08/17/2004

*** See Attorney Information Above ***

**Defendant**
Ncmic Insurance Company
303 Congress St 2nd Fl
Boston, MA 02210
Served: 08/24/2004
Served (answr pending) 08/24/2004

**Private Counsel 561968**
Anne Robbins
Palmer & Dodge
111 Huntington Avenue
The Prudential Center 29th floor
Boston, MA 02199-7613
Phone: 617-239-0100
Fax: 617-227-4420
Active 09/23/2004 Notify

**Defendant**
Ncmic Insurance Services Inc
303 Congress St 2nd Fl
Boston, MA 02210
Served: 08/24/2004
Served (answr pending) 08/24/2004

*** See Attorney Information Above ***

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/17/2004 | 1.0 | Complaint entry fee $525 plff jury claim |
| 08/17/2004 | | Origin 1, Type A99, Track F. |

MAS-20030912  
kramercy

Commonwealth of Massachusetts  
NORFOLK SUPERIOR COURT  
Case Summary  
Civil Docket

09/23/2004  
08:28 AM

### NOCV2004-01339
### Hanrahan et al v Ncmic Insurance Company et al

| Date | Paper | Text |
|---|---|---|
| 08/17/2004 | 2.0 | Civil action cover sheet filed |
| 08/17/2004 | | fast track notice sent to plff attorney |
| 08/19/2004 | | ONE TRIAL review by Clerk, Case is to remain in the Superior Court |
| 08/30/2004 | 3.0 | SERVICE RETURNED: Ncmic Insurance Company(Defendant), in hand to Lisa Mogan on 8/24/04 |
| 08/30/2004 | 4.0 | SERVICE RETURNED: Ncmic Insurance Services Inc(Defendant), in hand to Lisa Mogan on 8/24/04 |
| 09/20/2004 | | Pleading,Notice of Removal Returned to Atty Anne Robbin Removal does not bear the Seal of US District Court. ns |
| 09/22/2004 | 5.0 | Request upon clerk to default (55a) re: Ncmic Insurance Company and NCMIC Insurance Services Inc by the Plffs' (rec'd9/21/04) |
| 09/22/2004 | | The deft NCMIC Insurance Co is defaulted under 55a failure to appear ns |
| 09/22/2004 | | The deft NCMIC Insurance Services Inc is defaulted under 55a failure to answer ns |
| 09/23/2004 | 6.0 | Defts. NCMIC Insurance Company and NCMIC Insurance Services, Inc.' s Opposition to Request for Default (Rec'd. 9/22/04) |
| 09/23/2004 | 7.0 | Notice of Filing of Notice of Removal (Rec'd. 9/22/04) |
| 09/23/2004 | 8.0 | Notice of Removal: Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

A TRUE COPY  
Attest: Virginia A. Foster  
Deputy Assistant Clerk  
9/23/04