UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 04-12012-DPW |

## MOTION OF DEFENDANTS TO VACATE DEFAULT
### and
### REQUEST FOR ORAL ARGUMENT

Pursuant to Fed. R. Civ. P. 55(c), and for the reasons set forth in the Memorandum and Affidavit of Tamara S. Wolfson filed in support of this motion, defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. (collectively, "NCMIC") move to vacate the default entered against them in state court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(E), NCMIC requests oral argument on its Motion to Vacate Default.

Respectfully submitted,
NCMIC INSURANCE COMPANY AND
NCMIC INSURANCE SERVICES, INC.

_____
Tamara S. Wolfson (BBO #544347)
Anne Robbins (BBO # 561968)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100
(617) 227-4420 (facsimile)

Dated: October 12, 2004

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served on the attorney of record for each other party by mail on October 12, 2004.

_____

### RULE 7.1 CERTIFICATION

I hereby certify that Attorney Tamara S. Wolfson and I conferred with opposing counsel by telephone on October 4, 2004 and by a series of letters and an email from September 28, 2004 through October 5, 2004 and attempted in good faith to resolve or narrow the issue set forth in the above motion, but were unable to do so.

_____