UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS MICHAEL HANRAHAN
and
JANICE HANRAHAN,
          Plaintiffs

v.

NCMIC INSURANCE COMPANY, and
NCMIC INSURANCE SERVICES, INC.,
          Defendants

CIVIL ACTION NO.
04-12012-DPW

## JOINT STATEMENT

### AGENDA FOR MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE ON OCTOBER 26, 2004, 2:30 P.M.

The following are matters to be discussed at the Scheduling Conference set down for October 26, 2004:

1. The Defendants' Motion To Vacate the Defaults entered in state court.

2. The Defendants' Motion to stay all proceedings until resolution of the underlying tort suit and to dismiss plaintiffs' claims under G.L. c. 176D.

3. Joint Discovery Plan. (see Schedule A, attached)

4. Proposed Schedule for Filing of Motions (Discovery Motions and Dispositive Motions). (see Schedule A, attached)

| *Respectfully Submitted,* | *Respectfully Submitted,* |
|---|---|
| PLAINTIFFS, | DEFENDANTS, |
| DENNIS MICHAEL HANRAHAN and JANICE HANRAHAN, By their Attorney and Counsel Of Record, | NCMIC INSURANCE COMPANY and NCMIC INSURANCE SERVICES, INC. By their Attorneys and Counsel Of Record, |

William J. Ruotolo / AR
William J. Ruotolo
BBO # 628288
Law Offices
WILLIAM J. RUOTOLO
ATTORNEYS & COUNSELLORS AT LAW
1200 East Street
Westwood, MA 02090
(781) 320-0607

Tamara S. Wolfson, BBO # 544347
Anne Robbins BBO #561968
PALMER & DODGE
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Dated: October 20, 2004

SCHEDULE A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS MICHAEL HANRAHAN AND
JANICE HANRAHAN,

          Plaintiff,

v.

NCMIC INSURANCE COMPANY AND
NCMIC INSURANCE SERVICES, INC.,

          Defendants.

CIVIL ACTION NO. 04-12012-DPW

**JOINT PROPOSED DISCOVERY PLAN**

**ALTERNATIVE A**

Discovery is stayed pending the final resolution of the underlying case, *Hanrahan v. Goyette*, Norfolk Superior Court, C.A. No. 2001-811. In the event that this case proceeds through discovery, the following deadlines would apply:

*Written Discovery*

- Rule 26 disclosures: 14 days after final resolution of underlying case
- All requests served: 180 days after final resolution of underlying case
- Responses: 210 days after final resolution of underlying case
- Motions to compel/ other motions related to written discovery filed: 240 days after final resolution of underlying case

*Depositions*

- Depositions: (no more than 6 per side) 240 to 380 days after final resolution of underlying case
- Motions to compel/ other motions related to depositions filed: 400 days after final resolution of underlying case

*Expert Discovery*

- Expert disclosures:       450 days after final resolution of underlying case
- Rebuttal disclosures:     500 days after final resolution of underlying case
- Expert depositions:       500 to 550 days after final resolution of underlying case

*Summary Judgment Motions*

- Motions filed:            580 days after final resolution of underlying case

**ALTERNATIVE B**

In the event discovery is not stayed pending final resolution of the underlying case, the following deadlines would apply:

*Written Discovery*

- Rule 26 disclosures:      November 9, 2004
- All requests served:      May 26, 2005
- Responses:                June 27, 2005
- Motions to compel/ other motions related to written discovery filed:    July 27, 2005

*Depositions*

- Depositions: (no more than 6 per side)    July 27, 2005 to January 27, 2006
- Motions to compel/ other motions related to depositions filed:    March 1, 2006

*Expert Discovery*

- Expert disclosures:       July 3, 2006
- Rebuttal disclosures:     September 5, 2006
- Expert depositions:       September 5, 2006 to November 6, 2006

2

*Summary Judgment Motions*

- Motions filed:             December 4, 2006

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| DENNIS MICHAEL HANRAHAN and JANICE HANRAHAN, By their Attorney and Counsel Of Record, | NCMIC INSURANCE COMPANY and NCMIC INSURANCE SERVICES, INC. By their Attorneys and Counsel Of Record, |

_____
William J. Ruotolo
BBO # 628288
Law Offices
WILLIAM J. RUOTOLO
ATTORNEYS & COUNSELLORS AT LAW
1200 East Street
Westwood, MA 02090
(781) 320-0607

Dated: October 20, 2004

_____
Tamara S. Wolfson, BBO # 544347
Anne Robbins BBO #561968
PALMER & DODGE
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

3