UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 20 P 4: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

DENNIS MICHAEL HANRAHAN AND
JANICE HANRAHAN,

                Plaintiff,

v.

NCMIC INSURANCE COMPANY AND
NCMIC INSURANCE SERVICES, INC.,

                Defendants.

CIVIL ACTION NO. 04-12012-DPW

## DEFENDANTS' RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred:

(a) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute rsolution programs such as those outlined in LR 16.4.

DEFENDANTS
NCMIC INSURANCE COMPANY and
NCMIC INSURANCE SERVICES, INC.

_Kent Forney/AR_
By: Kent Forney, Esquire

Dated: October 20, 2004

COUNSEL FOR DEFENDANTS

_Anne Robbins_
Tamara S. Wolfson, BBO # 544347
Anne Robbins BBO #561968
PALMER & DODGE
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100