UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS MICHAEL HANRAHAN
and
JANICE HANRAHAN,
          Plaintiffs

v.

NCMIC INSURANCE COMPANY, and
NCMIC INSURANCE SERVICES, INC.,
          Defendants

CIVIL ACTION NO.
04-12012-DPW

**PLAINTIFFS', DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN, RULE 16.1 CERTIFICATION**

The Plaintiffs, DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN, through their Counsel certify that they have conferred with respect to:

1. establishing a budget for the costs of conducting this litigation and any alternatives to dispute resolution; and

2. the resolution of this law suit through alternative dispute resolution programs as referenced in local rule 16.4.

*Hanrahan v. NCMIC Insurance Company, et al*
*plaintiffs' rule 16.1 certification - 10.21.2004.doc*

                                 *Respectfully Submitted*,

                                 PLAINTIFFS,

                                 DENNIS MICHAEL HANRAHAN and
                                 JANICE HANRAHAN,
                                 By their Attorney and
                                 Counsel Of Record,


                                 _____
                                 William J. Ruotolo
                                 BBO # 628288
                                 Law Offices
                                 WILLIAM J. RUOTOLO
                                 ATTORNEYS & COUNSELLORS AT LAW
                                 1200 East Street
                                 Westwood, MA 02090
Dated: October 21, 2004              (781) 320-0607

*Hanrahan v. NCMIC Insurance Company, et al*
*plaintiffs' rule 16.1 certification - 10.21.2004.doc*

# **CERTIFICATION**

I, William J. Ruotolo, of Law Offices, WILLIAM J. RUOTOLO, ATTORNEYS & COUNSELLORS AT LAW, 2131 Warwick Avenue, Warwick, RI 02889, do hereby certify that copies of the:

1. **PLAINTIFFS', DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN, RULE 16.1 CERTIFICATION**

By **First Class Mail** to:

1. Defendants, **NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,** through their attorneys and Counsel of Record, Tamara Wolfson, Esq., Anne Robbins, Esq., PALMER & DODGE LLP, 111 Huntington Avenue At Prudential Center, Boston, MA 02199-7613.

_____
William J. Ruotolo

Dated: October 22, 2004

*C:\Documents and Settings\All Users\Documents\WJR\wjr - files\HANRAHAN v. ncmic - NOCV2004-01339\usdc\plaintiffs' rule 16.1 certification - 10.21.2004.doc*