UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS MICHAEL HANRAHAN
and
JANICE HANRAHAN,
             Plaintiffs

v.

NCMIC INSURANCE COMPANY, and
NCMIC INSURANCE SERVICES, INC.,
             Defendants

CIVIL ACTION NO.
04-12012-DPW

**PLAINTIFFS', DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN, OPPOSITION TO MOTION OF DEFENDANTS TO DISMISS PLAINTIFFS' CLAIMS UNDER C. 176D AND TO STAY DISCOVERY**

NOW COME THE PLAINTIFFS, DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN, and OPPOSE the Motion of the Defendants to Dismiss Plaintiffs' Claims Under c. 176D. As grounds for said OPPOSITION, the Plaintiffs state as follows:

**I.    A VIOLATION OF G.L. C. 176D IS A VIOLATION OF 93A.**

While G.L. c. 176D does not, per se, confer a private right of action, its proscriptions are specifically incorporated into G.L. c. 93A, section 9 which is the Massachusetts Consumer Protection Act.

There is no separate claim against the Defendants under G. L. c. 176D. Chapter 176D does not create a private cause of action to an aggrieved individual, *see Schwartz v. Travelers Indem. Co.*, 50 Mass. App. Ct. 672, 675-676 & n.4 (2001); and recourse for an individual injured by an insurer's c. 176D violation is

available through c. 93A only to those plaintiffs able to sue under G. L. c. 93A, § 9, as consumers. *See Transamerica Ins. Group v. Turner Constr. Co.*, 33 Mass. App. Ct. 446, 452 (1992).

The Plaintiffs' claims sound in violation of G.L. c. 93A and 176D. Chapter 93A provides a private cause of action for an insurer's violation of G.L. c. 176D.

WHEREFORE, it respectfully submitted that the Defendants' Motion to the Plaintiffs' Claims under G.L. c. 176D should be DENIED.

II.     **THIS COURT IS NOT BOUND TO STAY DISCOVERY NOR DISMISS THE 176D CLAIM.**

While a court has the discretion to stay a claim for bad faith insurance practices pending the resolution of a medical malpractice trial, the court is not required to do so. *Rurak, et al. v. Medical Professional Mutual Insurance Co.*, 2003 WL 21212721 (D. Mass. May 19, 2003). In *Rurak*, Judge Saris found that it was not necessary to dismiss or stay the action for bad faith practices pending an adjudication of the underlying claim. The judge noted that the Massachusetts Unfair Claims Settlement Practices Act, G.L.c. 176D, Sect. 3(9)(f) requires an insurer to "effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear." She added that "damages may be 'reasonably clear' well before, or indeed in the absence of, a judicial order resolving every contested issue as to monies owed." *Rurak, et al. v. Medical Professional Mutual Insurance Co.*, 2003 WL 21212721 (D. Mass. May 19, 2003).

2

*Hanrahan v. NCMIC Insurance Company, et al*
*plaintiffs' opposition to defendants' motion to dismiss claims under 176d & to stay discovery-10.21.2004.doc*

In the underlying liability law suit, discovery ended on January 15, 2004. *See Page 4 attached.* In the underlying liability law suit, the Pre-trial Conference is scheduled for November 4, 2004. *See Page 5 attached.* Accordingly, there is no risk of disclosure of protected materials as contemplated by any of the cases cited by the Defendants.

In the present case, the Plaintiff, DENNIS MICHAEL HANRAHAN, was a quadriplegic who received second degree burns to his lumbar area after the application of a hot pack by Defendant, KERRY GOYETTE, D.C. Liability could not be more clear.

WHEREFORE, it respectfully submitted that the Defendants' Motion to stay Discovery should be DENIED.

*Respectfully Submitted*,

PLAINTIFFS,

DENNIS MICHAEL HANRAHAN and
JANICE HANRAHAN,
By their Attorney and
Counsel Of Record,

_____
William J. Ruotolo
BBO # 628288
Law Offices
WILLIAM J. RUOTOLO
ATTORNEYS & COUNSELLORS AT LAW
1200 East Street
Westwood, MA 02090
Dated: October 21, 2004         (781) 320-0607

Hanrahan v. NCMIC Insurance Company, et al
plaintiffs' opposition to defendants' motion to dismiss claims under 176d & to stay discovery-10.21.2004.doc



**Trial Court Information Center**
Commonwealth of Massachusetts

**Home** » **County Inquiry** » **Civil Docket Search** » Docket Details

### Hanrahan et al v Goyette,D.C. et al

**Details for Docket: NOCV2001-00811**

**Case Information**

| | | | |
|---|---|---|---|
| Docket Number: | NOCV2001-00811 | Caption: | Hanrahan et al v Goyette,D.C. et al |
| Filing Date: | 05/23/2001 | Case Status: | Active |
| Status Date: | 03/19/2002 | Session: | Civil B |
| Lead Case: | NA | Case Type: | Most |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| TRK: | A | Discovery: | 01/15/2004 |
| Service Date: | 08/21/2001 | Disposition: | 12/31/2004 |
| Rule 15: | 08/16/2002 | Rule 12/19/20: | 10/20/2001 |
| Final PTC: | 09/15/2004 | Rule 56: | 08/13/2004 |
| Answer Date: | 10/20/2001 | Jury Trial: | NO |

**Case Information**

| | | | |
|---|---|---|---|
| Docket Number: | NOCV2001-00811 | Caption: | Hanrahan et al v Goyette,D.C. et al |
| Filing Date: | 05/23/2001 | Case Status: | Active |
| Status Date: | 03/19/2002 | Session: | Civil B |
| Lead Case: | NA | Case Type: | Medical malpractice |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| TRK: | A | Discovery: | 01/15/2004 |
| Service Date: | 08/21/2001 | Disposition: | 12/31/2004 |
| Rule 15: | 08/16/2002 | Rule 12/19/20: | 10/20/2001 |
| Final PTC: | 09/15/2004 | Rule 56: | 08/13/2004 |
| Answer Date: | 10/20/2001 | Jury Trial: | NO |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events |
|---|---|---|---|---|
| | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» **Logout**

Terms of Use
System data reflects current activity.

*Hanrahan v. NCMIC Insurance Company, et al*
*plaintiffs' opposition to defendants' motion to dismiss claims under 176d & to stay discovery-10.21.2004.doc*



## Trial Court Information Center
### Commonwealth of Massachusetts

Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries » Entry Text

**Hanrahan et al v Goyette,D.C. et al**

**Docket Entry Details for Docket: NOCV2001-00811**

| No. | Docket Entry: |
|---|---|
| 1 | MOTION (P#36.0) ALLOWED The Pre-Trial Conference is continued to |
| 2 | November 4,2004 at 2:00 P.M. (Dortch-Okara, Associate Justice) dated |
| 3 | 9/8/04 Notices mailed September 08, 2004 |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events |
|---|---|---|---|---|
|  |  |  |  | Print Docket |

Massachusetts Administrative Office of the Trial Court © Copyright, 2000-2001    Terms of Use
System data reflects current activity.

» **Logout**

*Hanrahan v. NCMIC Insurance Company, et al*
*plaintiffs' opposition to defendants' motion to dismiss claims under 176d & to stay discovery- 10.21.2004.doc*

# CERTIFICATION

      I, William J. Ruotolo, of Law Offices, WILLIAM J. RUOTOLO, ATTORNEYS & COUNSELLORS AT LAW, 2131 Warwick Avenue, Warwick, RI 02889, do hereby certify that copies of the:

1. **PLAINTIFFS', DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN, OPPOSITION TO MOTION OF DEFENDANTS TO DISMISS PLAINTIFFS' CLAIMS UNDER C. 176D**

By **First Class Mail** to:

1.     Defendants, **NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.**, through their attorneys and Counsel of Record, Tamara Wolfson, Esq., Anne Robbins, Esq., PALMER & DODGE LLP, 111 Huntington Avenue At Prudential Center, Boston, MA 02199-7613.

                                                                     William J. Ruotolo

Dated: October 22, 2004

*C:\Documents and Settings\All Users\Documents\WJR\wjr - files\HANRAHAN v. ncmic - NOCV2004-01339\usdc\plaintiffs' opposition to defendants' motion to dismiss claims under 176D & to stay discovery- 10.21.2004.doc*