UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,<br><br>Plaintiff,<br><br>v.<br><br>NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-12012-DPW |

**SECOND JOINT STATUS REPORT**

Plaintiffs in this action allege that defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. have violated Mass. G.L. c. 93A and c. 176D by failing to settle an underlying negligence action brought by Plaintiffs against three of Defendants' Insureds. At the Initial Scheduling Conference on October 26, 2004, the Court: (1) stayed all proceedings in this action pending the resolution of the underlying suit, *Dennis Michael Hanrahan, et al.* v. *Kerry Goyette, D.C.*, Norfolk Superior Court, C.A. No. 2001-00811; and (2) ordered the Parties to jointly report on the status of the underlying suit every three months, beginning January 26, 2005. Pursuant to the Court's order, the parties jointly report as follows:

1.   The underlying suit was filed in May 2001. Mr. Hanrahan, an incomplete quadriplegic, alleges that he suffered a second-degree burn to his lower back as well as other injuries as a result of Kerry Goyette, D.C.'s allegedly negligent application of a heating pad to his lower back.

2. On October 18, 2004, just before the Initial Scheduling Conference in this case, the Court in the underlying suit entered summary judgment for two of the Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C.

3. The pretrial conference in the underlying suit was held on February 3, 2005. At that time, the underlying suit was set for trial on October 31, 2005 (first case out).

4. On March 8, 2005, the Court in the underlying suit granted the motion of Christine P. Huber, D.C. and Community Chiropractic, P.C. for entry of separate and final judgment and entered final judgment in their favor. Plaintiffs timely noticed an appeal from the entry of judgment in favor of Dr. Huber and Community Chiropractic. The record on appeal is in the process of being assembled.

| *Respectfully Submitted*, | *Respectfully Submitted*, |
|---|---|
| PLAINTIFFS, | DEFENDANTS, |
| DENNIS MICHAEL HANRAHAN and JANICE HANRAHAN, | NCMIC INSURANCE COMPANY and NCMIC INSURANCE SERVICES, INC. |
| By their attorney, | By their attorneys, |
| /s/William J. Ruotolo<br>William J. Ruotolo BBO # 628288<br>LAW OFFICES OF WILLIAM J. RUOTOLO<br>2131 Warwick Avenue<br>Warwick, RI  02889<br>(401) 739-7404 | /s/Tamara S. Wolfson<br>Tamara S. Wolfson, BBO # 544347<br>Anne Robbins BBO #561968<br>PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>(617) 239-0100 |

Dated:  April 25, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on April 25, 2005.

/s/Anne Robbins