UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,<br><br>                    Plaintiff,<br><br>v.<br><br>NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,<br><br>                    Defendants. | CIVIL ACTION NO. 04-12012-DPW |

**THIRD JOINT STATUS REPORT**

The Plaintiffs' causes of action against Defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. involve violations of G.L. c. 93A and c. 176D. At the Initial Scheduling Conference on October 26, 2004, the Court: (1) stayed all proceedings in this action pending the resolution of the underlying suit, *Dennis Michael Hanrahan, et al.* v. *Kerry Goyette, D.C.*, Norfolk Superior Court, C.A. No. 2001-00811; and (2) ordered the Parties to jointly report on the status of the underlying suit every three months, beginning January 26, 2005. Pursuant to the Court's order, the parties jointly report as follows:

1. The underlying suit was filed in May 2001. Mr. Hanrahan claims, inter alia, that he suffered a second-degree burn to his lower back as well as other injuries as a result of Kerry Goyette, D.C.'s allegedly negligent application of a heating pad to his lower back.

2. On October 18, 2004, the Superior Court entered summary judgment for two of the Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C.

3. On March 8, 2005, the Superior Court granted the motion of Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C. for entry of separate and final

judgment and entered final judgment. Plaintiffs timely noticed an appeal from the entry of judgment in favor of Dr. Huber and Community Chiropractic. The record on appeal has been assembled, the case has been entered in the Appeals Court and plaintiffs have filed their brief. The deadline for the filing of briefs by Dr. Huber and Community Chiropractic is almost up.

4. The pretrial conference in the underlying suit, in which the claims against Defendant Kerry Goyette, D.C. remain pending, was held on February 3, 2005. At that time, the underlying suit was set for trial on October 31, 2005 (first case out).

| *Respectfully Submitted*, | *Respectfully Submitted*, |
|---|---|
| PLAINTIFFS, | DEFENDANTS, |
| DENNIS MICHAEL HANRAHAN and JANICE HANRAHAN, | NCMIC INSURANCE COMPANY and NCMIC INSURANCE SERVICES, INC. |
| By their attorney, | By their attorneys, |
| /s/William J. Ruotolo | /s/Tamara S. Wolfson |
| William J. Ruotolo BBO # 628288 | Tamara S. Wolfson, BBO # 544347 |
| LAW OFFICES OF WILLIAM J. RUOTOLO | Anne Robbins BBO #561968 |
| 2131 Warwick Avenue | PALMER & DODGE LLP |
| Warwick, RI 02889 | 111 Huntington Avenue |
| (401) 739-7404 | Boston, MA 02199-7613 |
| | (617) 239-0100 |
| Dated: July 25, 2005 | |

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on July 25, 2005.

/s/Anne Robbins