UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,<br><br>                          Plaintiff,<br><br>v.<br><br>NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,<br><br>                         Defendants. | CIVIL ACTION NO. 04-12012-DPW |

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER**

As of November 1, 2005, the mailing address, telephone number and fax number for Tamara S. Wolfson and Anne Robbins, counsel for defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. will be:

        Lynch, Brewer, Hoffman & Fink, LLP
        101 Federal Street
        Boston, MA  02110-1800
        (617) 951-0800
        (617) 951-0811 (fax)

        Respectfully submitted,

        /s/ Anne Robbins_____
        Tamara S. Wolfson (BBO #544347)
        Anne Robbins (BBO # 561968)
        PALMER & DODGE LLP
        111 Huntington Avenue
        Boston, MA  02199-7613
        (617) 239-0100
        (617) 227-4420 (facsimile)

Dated:  October 20, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served on the attorney of record for each other party by electronic means on October 20, 2005.

        /s/ Anne Robbins_____

271066.1

Case 1:04-cv-12012-DPW     Document 22     Filed 10/20/2005     Page 2 of 2