UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,<br><br>                             Plaintiff,<br><br>v.<br><br>NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,<br><br>                             Defendants. | CIVIL ACTION NO. 04-12012-DPW |

**FOURTH JOINT STATUS REPORT**

The Plaintiffs' causes of action against Defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. involve violations of G.L. c. 93A and c. 176D. At the Initial Scheduling Conference on October 26, 2004, the Court: (1) stayed all proceedings in this action pending the resolution of the underlying suit, *Dennis Michael Hanrahan, et al.* v. *Kerry Goyette, D.C.*, Norfolk Superior Court, C.A. No. 2001-00811; and (2) ordered the Parties to jointly report on the status of the underlying suit every three months, beginning January 26, 2005. Pursuant to the Court's Order, the parties jointly report as follows:

1. The underlying suit was filed in May 2001. Mr. Hanrahan claims, inter alia, that he suffered a second-degree burn to his lower back as well as other injuries as a result of Kerry Goyette, D.C.'s allegedly negligent application of a heating pad to his lower back.

2. On October 18, 2004, the Superior Court entered summary judgment for two of the Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C.

3. On March 8, 2005, the Superior Court granted the motion of Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C. for entry of separate and final

272835.1

judgment and entered final judgment.  Plaintiffs timely noticed an appeal from the entry of judgment in favor of Dr. Huber and Community Chiropractic.  The record on appeal has been assembled, the case has been entered in the Appeals Court and the case has been fully briefed.  The parties have not yet received a notice of oral argument or a decision.

4.  The remaining claims in the underlying suit (the claims against Dr. Goyette) are set for trial on October 31, 2005 (first case out).

| | |
|---|---|
| *Respectfully Submitted*, | *Respectfully Submitted*, |
| PLAINTIFFS, | DEFENDANTS, |
| DENNIS MICHAEL HANRAHAN and JANICE HANRAHAN, | NCMIC INSURANCE COMPANY and NCMIC INSURANCE SERVICES, INC. |
| By their attorney, | By their attorneys, |
| /s/William J. Ruotolo<br>William J. Ruotolo BBO # 628288<br>LAW OFFICES OF WILLIAM J. RUOTOLO<br>2131 Warwick Avenue<br>Warwick, RI  02889<br>(401) 739-7404 | /s/Tamara S. Wolfson<br>Tamara S. Wolfson, BBO # 544347<br>Anne Robbins BBO #561968<br>PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>(617) 239-0100 |
| Dated:  October 24, 2005 | |

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on October 24, 2005

/s/Anne Robbins