UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS MICHAEL HANRAHAN AND
JANICE HANRAHAN,

                                    Plaintiff,                    CIVIL ACTION NO. 04-12012-DPW

        v.

NCMIC INSURANCE COMPANY AND
NCMIC INSURANCE SERVICES, INC.,

                                    Defendants.

## FIFTH JOINT STATUS REPORT

The Plaintiffs' causes of action against Defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. involve violations of G.L. c. 93A and c. 176D. At the Initial Scheduling Conference on October 26, 2004, the Court: (1) stayed all proceedings in this action pending the resolution of the underlying suit, *Dennis Michael Hanrahan, et al.* v. *Kerry Goyette, D.C.*, Norfolk Superior Court, C.A. No. 2001-00811; and (2) ordered the Parties to jointly report on the status of the underlying suit every three months, beginning January 26, 2005. Pursuant to the Court's Order, the parties jointly report as follows:

1.      The underlying suit was filed in May 2001. Mr. Hanrahan claims, inter alia, that he suffered a second-degree burn to his lower back as well as other injuries as a result of Kerry Goyette, D.C.'s allegedly negligent application of a heating pad to his lower back.

2.      On October 18, 2004, the Superior Court entered summary judgment for two of the Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C.

3.      On March 8, 2005, the Superior Court granted the motion of Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C. for entry of separate and final

judgment and entered final judgment. Plaintiffs timely noticed an appeal from the entry of judgment in favor of Dr. Huber and Community Chiropractic. The record on appeal has been assembled, the case has been entered in the Appeals Court and the case has been fully briefed. The parties have not yet received a notice of oral argument or a decision.

4.    The claim against the remaining defendant, Kerry Goyette, D.C., came on for trial on October 31, 2005. Before the Court heard motions in limine or empaneled a jury, the parties reported to the Court that they had reached a settlement of all the claims asserted by the Hanrahans, including the claims asserted in this action, for $120,000. In early November 2005, a dispute arose concerning the payment of a Medicare lien and a lien asserted by Liberty Mutual Insurance Company. The parties have been unable to resolve that dispute. As a result, plaintiffs filed in the underlying suit a Motion to Vacate Nisi Order dated October 31, 2005 and Assign This Matter to the Trial Calendar. The defendants opposed the motion. The parties expect that the Court will hear oral argument on the motion during the week of January 23rd, 2006.

*Respectfully Submitted,*

PLAINTIFFS,

DENNIS MICHAEL HANRAHAN and
JANICE HANRAHAN,

By their attorney,


/s/William J. Ruotolo
William J. Ruotolo BBO # 628288
LAW OFFICES OF WILLIAM J. RUOTOLO
2131 Warwick Avenue
Warwick, RI 02889
(401) 739-7404

Dated: January 26, 2006

*Respectfully Submitted,*

DEFENDANTS,

NCMIC INSURANCE COMPANY and
NCMIC INSURANCE SERVICES, INC.

By their attorneys,


/s/Tamara S. Wolfson
Tamara S. Wolfson, BBO # 544347
Anne Robbins BBO #561968
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon
the attorney of record for each other party by electronic means on January 26,
2006.

/s/Anne Robbins