UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS MICHAEL HANRAHAN AND
JANICE HANRAHAN,

                              Plaintiff,                     CIVIL ACTION NO. 04-12012-DPW

          v.

NCMIC INSURANCE COMPANY AND
NCMIC INSURANCE SERVICES, INC.,

                              Defendants.

## SIXTH JOINT STATUS REPORT

The Plaintiffs' causes of action against Defendants NCMIC Insurance Company and

NCMIC Insurance Services, Inc. involve violations of G.L. c. 93A and c. 176D.  At the Initial

Scheduling Conference on October 26, 2004, the Court: (1) stayed all proceedings in this action

pending the resolution of the underlying suit, *Dennis Michael Hanrahan, et al.* v. *Kerry Goyette,*

*D.C.*, Norfolk Superior Court, C.A. No. 2001-00811; and (2) ordered the Parties to jointly report

on the status of the underlying suit every three months, beginning January 26, 2005.  Pursuant to

the Court's Order, the parties jointly report as follows:

1.      The underlying suit was filed in May 2001.  Mr. Hanrahan claims, inter alia, that

he suffered a second-degree burn to his lower back as well as other injuries as a result of Kerry

Goyette, D.C.'s allegedly negligent application of a heating pad to his lower back.

2.      On October 18, 2004, the Superior Court entered summary judgment for two of

the Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C.

3.      On March 8, 2005, the Superior Court granted the motion of Defendants,

Christine P. Huber, D.C. and Community Chiropractic, P.C. for entry of separate and final

judgment and entered final judgment. Plaintiffs timely noticed an appeal from the entry of judgment in favor of Dr. Huber and Community Chiropractic. On or about March 22, 2006, the Appeals Court, pursuant to Rule 1:28 of the Massachusetts Appeals Court Rules for the Regulation of Appellate Practice, entered an order affirming the entry of summary judgment in favor of Dr. Huber and Community Chiropractic.

4.    The claim against the remaining defendant, Kerry Goyette, D.C., came on for trial on October 31, 2005. Before the Court heard motions in limine or empaneled a jury, the parties reported to the Court that they had reached a settlement of all the claims asserted by the Hanrahans, including the claims asserted in this action, for $120,000. In early November 2005, a dispute arose concerning the payment of a Medicare lien and a lien asserted by Liberty Mutual Insurance Company. The parties were unable to resolve that dispute. As a result, plaintiffs filed in the underlying suit a Motion to Vacate Nisi Order dated October 31, 2005 and Assign This Matter to the Trial Calendar. The defendants opposed the motion and cross-moved to enforce the settlement agreement.

5.    By orders dated February 6, 2006, the Court: (a) denied plaintiffs' Motion to Vacate Nisi Order dated October 31, 2005 and Assign This Matter to the Trial Calendar, and (b) granted Defendant's Cross-Motion to Enforce Settlement Agreement.

6.    On February 22, 2006, the claim against Dr. Goyette was dismissed for failure to comply with the nisi order.

238835-1

7.    The lien issues in the underlying case have been resolved and the parties in the

underlying case anticipate that the settlement will be finalized in the next several weeks.  At that

time, the parties expect to file a stipulation of dismissal of this case.


*Respectfully Submitted,*                          *Respectfully Submitted,*

PLAINTIFFS,                                        DEFENDANTS,

DENNIS MICHAEL HANRAHAN and            NCMIC INSURANCE COMPANY and
JANICE HANRAHAN,                              NCMIC INSURANCE SERVICES, INC.

By their attorney,                               By their attorneys,


/s/William J. Ruotolo                          /s/Tamara S. Wolfson
William J. Ruotolo BBO # 628288            Tamara S. Wolfson, BBO # 544347
LAW OFFICES OF WILLIAM J. RUOTOLO         Anne Robbins BBO #561968
678 Plainfield Pike                            LYNCH, BREWER, HOFFMAN & FINK, LLP
North Scituate, RI  02857                      101 Federal Street, 22nd Floor
(401) 764-0484                                  Boston, MA 02110-1800
                                                (617) 951-0800
Dated:  April 25, 2006


CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon
the attorney of record for each other party by electronic means on April 25, 2006.

/s/Anne Robbins


238835-1