UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,<br><br>Plaintiff,<br><br>v.<br><br>NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-12012-DPW |

**SEVENTH JOINT STATUS REPORT**

The Plaintiffs' causes of action against Defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. (collectively, "NCMIC") involve violations of G.L. c. 93A and c. 176D. At the Initial Scheduling Conference on October 26, 2004, the Court: (1) stayed all proceedings in this action pending the resolution of the underlying suit, *Dennis Michael Hanrahan, et al.* v. *Kerry Goyette, D.C.*, Norfolk Superior Court, C.A. No. 2001-00811; and (2) ordered the Parties to jointly report on the status of the underlying suit every three months, beginning January 26, 2005. Pursuant to the Court's Order, the parties jointly report as follows:

1. The underlying suit was filed in May 2001. Mr. Hanrahan claimed, inter alia, that he suffered a second-degree burn to his lower back as well as other injuries as a result of Kerry Goyette, D.C.'s allegedly negligent application of a heating pad to his lower back.

2. On October 18, 2004, the Superior Court entered summary judgment for two of the Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C.

3. On March 8, 2005, the Superior Court granted the motion of Defendants, Christine P. Huber, D.C. and Community Chiropractic, P.C. for entry of separate and final

judgment and entered final judgment. Plaintiffs timely noticed an appeal from the entry of judgment in favor of Dr. Huber and Community Chiropractic. On or about March 22, 2006, the Appeals Court, pursuant to Rule 1:28 of the Massachusetts Appeals Court Rules for the Regulation of Appellate Practice, entered an order affirming the entry of summary judgment in favor of Dr. Huber and Community Chiropractic.

4. The parties settled plaintiffs' claims against the remaining defendant in the underlying case, Kerry Goyette, D.C., and plaintiffs' claims against NCMIC in this case for $120,000, subject to the satisfaction of various liens asserted against the plaintiffs.

5. As part of the settlement agreement, plaintiffs granted NCMIC a general release.

6. On or about May 5, 2006, defense counsel in the underlying case forwarded to plaintiffs' counsel a check in the amount of $112, 623.12, payable to plaintiffs and their counsel.

7. By letters dated May 5, 2006 and May 18, 2006, defense counsel in the underlying case forwarded checks totaling $7,376.88 to the three lienholders in the underlying action. Plaintiffs' counsel was copied on these letters.

8. Plaintiffs have stipulated to the dismissal of the underlying action with prejudice, and that stipulation was entered on June 9, 2006.

9. Plaintiffs have received lien discharges from two of the three lienholders. Plaintiffs expect to receive a discharge from the third lienholder in the near future.

10. Once they receive the discharge from the third lienholder, plaintiffs will execute a stipulation of dismissal of this action.

| | |
|---|---|
| *Respectfully Submitted,* | *Respectfully Submitted,* |
| PLAINTIFFS, | DEFENDANTS, |
| DENNIS MICHAEL HANRAHAN and JANICE HANRAHAN, | NCMIC INSURANCE COMPANY and NCMIC INSURANCE SERVICES, INC. |
| By their attorney, | By their attorneys, |
| /s/William J. Ruotolo<br>William J. Ruotolo BBO # 628288<br>LAW OFFICES OF WILLIAM J. RUOTOLO<br>678 Plainfield Pike<br>North Scituate, RI 02857<br>(401) 764-0484<br><br>Dated: July 25, 2006 | /s/Anne Robbins<br>Tamara S. Wolfson, BBO # 544347<br>Anne Robbins BBO #561968<br>LYNCH, BREWER, HOFFMAN & FINK, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110-1800<br>(617) 951-0800 |

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on July 25, 2006.

/s/Anne Robbins

243411_1.DOC