UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS MICHAEL HANRAHAN AND JANICE HANRAHAN,

Plaintiff,

v.

NCMIC INSURANCE COMPANY AND NCMIC INSURANCE SERVICES, INC.,

Defendants.

CIVIL ACTION NO. 04-12012DPW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Dennis Michael Hanrahan and Janice Hanrahan and defendants NCMIC Insurance Company and NCMIC Insurance Services, Inc. hereby stipulate to the dismissal of all claims asserted in the above action with prejudice, each party bearing its own costs and attorney's fees and waiving all rights of appeal.

*Respectfully Submitted,*

PLAINTIFFS,

DENNIS MICHAEL HANRAHAN and
JANICE HANRAHAN,

By their attorney,

William J. Ruotolo, BBO # 628288
LAW OFFICES OF WILLIAM J. RUOTOLO
678 Plainfield Pike
North Scituate, RI 02857
(401) 764-0484

Dated: November 22, 2006

*Respectfully Submitted,*

DEFENDANTS,

NCMIC INSURANCE COMPANY and
NCMIC INSURANCE SERVICES, INC.

By their attorneys,

Tamara S. Wolfson, BBO # 544347
Anne Robbins BBO # 561968
LYNCH, BREWER, HOFFMAN& FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

239528-1

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on ~~November~~ December 4, 2006.

Anne Robbins